CHARLES E. MOORE, Appellant, *v.* WENDELL P. BARKER et al., Constituting the Mortgage Commission of the State of New York, et al., Respondents.

(Argued January 30, 1936; decided April 14, 1936.)

Richard H. Levet for appellant.

Lawrence S. Greenbaum, Benjamin J. Rabin, Theodore S. Jaffin and Benjamin Kaplan for Mortgage Commission of the State of New York, respondent.

Harry Rodwin and Jess H. Rosenberg for Louis H. Pink, as Superintendent of Insurance of the State of New York and as liquidator of Westchester Title and Trust Company, respondent.

Timothy N. Pfeiffer for Title Guarantee and Trust Company, respondent.

Judgment affirmed, with costs, on the authority of Wolff v. Mortgage Commission (270 N. Y. 428). No opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.